# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES BILLINGSLAE,** | : CIVIL ACTION NO. 1:09-CV-1091 |
| Petitioner | : (Judge Conner) |
| v. | : |
| **WARDEN JERRY C. MARTINEZ,** | : |
| Respondent | : |

## **ORDER**

AND NOW, this 1st day of April, 2010, upon consideration of the government's suggestion of mootness (Doc. 10), and upon further consideration of the order of court dated March 2, 2010 (Doc. 11), wherein the court directed petitioner shall file a response to the suggestion of mootness (Doc. 10) on or before March 16, 2010, and it appearing that, as of the date of this order, no such response has been filed, and it further appearing that the suggestion of mootnees (Doc. 10) demonstrates that petitioner's claims are indeed moot, it is hereby ORDERED that the petition (Doc. 1) for a writ of habeas corpus is DISMISSED as MOOT.

S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge